Joseph H. Harrington
United States Attorney
Eastern District of Washington
Vanessa R. Waldref
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KELLY O'KELL,<br><br>                    Plaintiff,<br><br>        vs.<br><br>RYAN ZINKE, in his official capacity as Secretary of the United States Department of the Interior,<br><br>                    Defendant. | Case No.: 2:18-cv-00279-SAB<br><br>JOINT STATUS CERTIFICATE<br>& PROPOSED DISCOVERY PLAN |

Defendant United States of America, by and through Joseph H. Harrington, United States Attorney for the Eastern District of Washington, and Vanessa R. Waldref, Assistant United States Attorneys for the Eastern District of Washington, and Matthew Z. Crotty of Crotty and Son Law Firm, PLLC, counsel for Plaintiff Kelly O'Kell ("Plaintiff") have conferred and submit the following Joint Status Certificate:

   a. **Service of Process** has been completed.

   b. **Jurisdiction and venue** are proper before this Court. Jurisdiction is proper

under 28 U.S.C. §§ 1345 and 1331. Venue is in the Eastern District of Washington pursuant to 28 U.S.C. § 1391.

c. **Anticipated Motions**: It is anticipated that the parties may bring motions for complete or partial summary judgment on liability, damages, evidentiary, or other related issues as the case and discovery progresses.

d. **Proposed Discovery Stay Due to Lapse in Department of Justice and Bureau of Reclamation Appropriations**. Due to the government shutdown, the parties request an initial stay of the case. As background, on December 22, 2018, the continuing resolution that was funding the Department of Justice expired and appropriations to the Department lapsed. The date when funding will be restored by Congress has not been established. Under the Anti-deficiency Act, 31 U.S.C. §1341, in the absence of appropriated funds many Department of Justice attorneys are prohibited from working, even on a volunteer basis, "except for emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. Consequently, only a very few employees in the Civil Division of the United States Attorney's Office for the Eastern District of Washington will be authorized to work during a lapse in appropriations – the rest will be furloughed. The undersigned counsel for Defendant United States has been furloughed. Many of the U.S. Bureau of

JOINT STATUS CERTIFICATE & PROPOSED DISCOVERY PLAN – 2

Reclamation employees with knowledge of the allegations in Plaintiffs' Complaint have also been furloughed for the duration of the lapse in appropriations. Due to the uncertainty of when the government shutdown will be addressed, the parties request a stay in this case until Congress has restored appropriations to the Department and counsel for Defendant is legally permitted to resume work on this case.

**Therefore, the parties requests that the Court stay discovery and all case deadlines until the government shutdown resolves and Congress appropriates funds for the Department of Justice. Within seven (7) business days after Congress has appropriated funds for the Department of Justice the parties will exchange initial disclosures and submit a joint status report listing a discovery schedule and proposed trial date.**

e. <u>Subjects of Discovery</u>. Consistent with the FRCP, discovery will take place on the issues raised in Plaintiff's Complaint and in the defenses raised by the Defendant. The Plaintiff claims that Defendant violated the Age Discrimination in Employment Act (ADEA). Defendant timely answered Plaintiff's complaint, denying the allegations that it engaged in unlawful conduct, and asserting its affirmative defenses.

f. <u>Preservation of Discoverable Information</u>. The parties have taken reasonable measures to preserve discoverable information.

g. <u>Claims of Privilege, Protection of Confidentiality, and Proposed Agreements</u>.  The Parties will provide a privilege log when claiming a privilege and will attempt to resolve any privilege or confidentiality issues that arise by agreement.  Defendant will propose a Confidentiality Agreement related to discovery.

h. <u>Disclosure and Production of Electronic Documents</u>. The parties do not anticipate this case will involve the discovery of large amounts of electronically stored information. The parties are hopeful and believe they can work cooperatively in deciding on the scope, collection, and manner of production pursuant to Fed. R. Civ. P. 34 and Fed. R. Civ. P. 26(b)(2)(B).  The parties also propose the attached Joint Stipulated Order regarding Federal Rule of Evidence 502(d).

i. <u>Proposed Modifications to Discovery Procedures</u>.  The Parties do not propose any changes to the standard discovery procedures, other than those set forth in the Local Rules and in the Federal Rules of Civil Procedure.

1. **Trial.**  The parties suggest a five day trial.

2. **Appropriateness of Special Procedures.**  This is not a complex case. No special procedures are needed nor are any modifications to standard pretrial procedures needed.

3. **Modification of standard pretrial procedures.**  Not recommended.

4. **Feasibility of Bifurcation.**  Not recommended.

5. **Prospects of Settlement.**  The parties believe that mediation may be appropriate as discovery progresses and that if informal settlement discussions

are unsuccessful, they will seek a mediator.  Meaningful dispute resolution may occur following the close of discovery.

6. **Other Matters**.

    i. **Government Shutdown.**  The parties agree to stay discovery and all case deadlines until the government shutdown resolves and Congress appropriates funds for the Department of Justice.  Within seven (7) business days after Congress has appropriated funds for the Department of Justice the parties will exchange initial disclosures and submit a joint status report listing a discovery schedule and proposed trial date.

    ii. **Corporate Statement.**  A corporate statement is not applicable here.

    iii. **Guardian Ad Litem**. This case does not involve a beneficial interest claim of a minor or incompetent.

    iv. **Issues to be certified by the state Supreme Court**:  None known at this time.

7. **Summary of Deadlines**

A summary of deadlines, as listed below, will be submitted by the parties within seven (7) days after Congress has appropriated funds for the Department of Justice.

JOINT STATUS CERTIFICATE & PROPOSED DISCOVERY PLAN – 5

| | |
|---|---|
| Rule 26(a)(1) exchange | Within seven (7) days after Congress has appropriated funds for the Department of Justice. |
| Rule 26(a)(2) expert reports produced to other parties and emailed to Court:<br>    Initial Experts:<br>    Rebuttal Experts: | |
| Deadline to add parties, amend pleadings | |
| All Daubert motions filed | |
| Discovery Cutoff | |
| All dispositive motions filed | |
| Request Hearing Re Dispositive Designations | |
| Witness and Exhibit lists<br>    Lists filed and served:<br>    Objections filed and served:<br>    Response to Objections filed and served: | |
| All motions in *limine* filed:<br>    Response to motions in *limine*:<br>    Replies to motions in *limine*: | |
| Joint Proposed Pretrial Order | |
| Trial Briefs, *Voir Dire*, and Jury Instructions<br>    Memo object to disputed Jury Instructions: | |
| **PRETRIAL CONFERENCE / MOTION IN *LIMINE* HEARING** | |
| **BENCH TRIAL** | |

//

//

DATED this 23rd day of January, 2019.

                                    Joseph H. Harrington
                                    United States Attorney

                                    *s/ Vanessa R. Waldref*
                                    Vanessa R. Waldref
                                    Assistant United States Attorney

DATED this 23rd day of January, 2019.

                                    CROTTY & SON LAW FIRM, PLLC

                                    *s/ Matthew Z. Crotty*
                                    Matthew Z. Crotty
                                    Attorney for Plaintiff

                                    MICHAEL LOVE LAW, PLLC

                                    *s/ Michael B. Love*
                                    Michael B. Love
                                    Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Matthew Z. Crotty – matt@crottyandson.com

Michael B. Love – mike@michaellovelaw.com

                                    *s/ Vanessa R. Waldref*
                                    Vanessa R. Waldref
                                    Assistant United States Attorney