Joseph H. Harrington
United States Attorney
Eastern District of Washington
*Vanessa R. Waldref*
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

KELLY O'KELL,

                        Plaintiff,

vs.

RYAN ZINKE, in his official capacity as Secretary of the United States Department of the Interior,

                        Defendant.

Case No.: 2:18-cv-00279-SAB

**JOINT STIPULATED ORDER REGARDING PRESERVATION OF PRIVILEGE CLAIMS**

    The parties agree that the Court may and should adopt the below stipulated Order as an order of the Court pursuant to Rule 16(b)(3)(B)(iv) of the Federal Rules of Civil Procedure and that it may be enforceable as any other order of the Court.

    1. The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

    2. Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

JOINT STIPULATED ORDER - 1

RESPECTFULLY SUBMITTED: January 23, 2019.

**AGREED TO:**

| | |
|---|---|
| Joseph H. Harrington<br>United States Attorney | Crotty & Son Law Firm, PLLC |
| *s/Vanessa R. Waldref*<br>VANESSA R. WALDREF<br>Assistant United States Attorneys<br>usawae.VWaldrefECF@usdoj.gov | *s/Matthew Crotty*<br>MATTHEW Z. CROTTY<br>Crotty & Son Law Firm, PLLC<br>905 West Riverside, Suite 404<br>Spokane, WA 99201<br>matt@crottyandson.com |

**SO ORDERED:**

DATED this _____ day of _____, 2019.

_____
THE HONORABLE STANLEY A. BASTIAN
UNITED STATES DISTRICT JUDGE

JOINT STIPULATED ORDER - 2

# *CERTIFICATE OF SERVICE*

I hereby certify that on January 23, 2019, I caused to be delivered via the method listed below the document to which this Certificate of Service is attached (plus any exhibits and/or attachments) to the following:

| NAME & ADDRESS | Method of Delivery |
|---|---|
| MATTHEW Z. CROTTY<br>Crotty & Son Law Firm, PLLC<br>905 West Riverside, Suite 404<br>Spokane, WA 99201<br>Telephone: 509.850.7011 | ☒ CM/ECF System<br>☐ Electronic Mail<br>☐ U.S. Mail<br>☐ Other: _____ |

*s/Vanessa Waldref*
Assistant United States Attorney

JOINT STIPULATED ORDER - 3