FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 06, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KELLY O'KELL, <br><br> Plaintiff, <br><br> v. <br><br> RYAN ZINKE, in his official capacity as Secretary of the United States Department of the Interior, <br><br> Defendant. | No. 2:18-cv-00279-SAB <br><br> **ORDER ENTERING JOINT STIPULATION** |

Before the Court is the parties' Joint Stipulated Order Regarding Preservation of Privilege Claims, ECF No. 9-1. The parties request the Court enter a Stipulated Order protecting the disclosure of work-product or privileged information pursuant to Fed. R. Evid. 502(d). The Court finds good cause to grant the motion and enter the Protective Order.

Accordingly, **IT IS ORDERED:**

1. The parties' Joint Stipulated Order Regarding Preservation of Privilege Claims, ECF No. 9-1, is **entered.**
2. In the interest of expediting the flow of discovery material between the parties, and pursuant to the Court's authority under Fed. R. Civ. P. 16(b)(3)(B)(iv) and with the consent of the parties, the following Protective Order will apply to appropriate information and documents:

**ORDER ENTERING JOINT STIPULATION ~ 1**

(1) The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

(2) Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order and forward copies to counsel.

**DATED** this 6th day of March 2019.



Stanley A. Bastian
United States District Judge

**ORDER ENTERING JOINT STIPULATION ~ 2**