AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 12, 2022**

SEAN F. McAVOY, CLERK

KELLY O'KELL,

*Plaintiff*

v.

DEB HAALAND, in her official capacity as Secretary of the United States Department of the Interior,

*Defendant*

Civil Action No. 2:18-CV-00279-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment is entered in favor of Plaintiff and against Defendant in the amount of $1,683,351 for monetary damages. Plaintiff is also awarded the following remedies:
Removal of the reasons for termination in Plaintiff's SF-50; and
Removal of the letters of discipline in Plaintiff's file, including the (1) July 21, 2016 Letter of Reprimand; (2) the November 8, 2017 3-day suspension; and (3) the July 18, 2018 termination letter.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☑ tried by Judge  Stanley A. Bastian  without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date:  4/12/2022

CLERK OF COURT

SEAN F. McAVOY

s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas