AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 08, 2022**

SEAN F. McAVOY, CLERK

KELLY O'KELL,

*Plaintiff*

v.

DEB HAALAND, in her official capacity as Secretary of the United States Department of the Interior,

*Defendant*

Civil Action No. 2:18-CV-00279-SAB

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Fees, Costs, and Litigation Expenses, ECF No. 138, is GRANTED in part, as stated in Court Order, ECF No. 169. The Court awards Plaintiff's counsel $638,481.50 in attorney's fees. The Court awards Plaintiff's counsel $93,361.82 in litigation costs and expenses, as stated in Court Order, ECF No. 169.

Judgment is entered for Plaintiff and against Defendant to reflect the awarded attorney's costs and fees.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge STANLEY A. BASTIAN on a motion for Fees, Costs, and Litigation Expenses.

Date: 7/8/2022

CLERK OF COURT

SEAN F. McAVOY

s/ Courtney Piazza
*(By) Deputy Clerk*
Courtney Piazza