UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

**CASE INFORMATION:**
Case Title: O'Kell v Haaland
U.S. District Court, Eastern District of Washington    Chief Judge Stanley A. Bastian
Criminal and/or Civil Case No. 2:18-cv-00279-SAB
Date Civil Complaint/Petition Filed: 08/31/18
Date Appealed order/judgment was *entered*: 8/10/2022
Date NOA *filed*: 09/02/22
Date of Last Indictment:       Plea   Hearing       Sentencing       Verdict

Court of Appeals No.

COA Status (check one):    ☐ granted in full         ☐ denied in full       Court Record No.
                           ☐ granted in part         ☐ pending

Court Reporter(s)        Crystal Hicks, 509-458-3434        Ronelle Corbey, 509-458-5283
Name & Phone Number: Kimberly Allen, 509-943-8175

**FEE INFORMATION**
Date Docket Fee Paid: WAIVED
Date IFP granted/Counsel Appointed:                    Date IFP denied:
Is IFP pending? ☐ yes ☒ no                             Was IFP limited ☐? Revoked ☐?
US Attorney Appeal?  ☒ yes ☐ no
Companion/Related Cases? Please list:

**COUNSEL INFORMATION**
Appellate Counsel:                                     Appellee Counsel:
Molly Smith, US Attorney's Office                      Matthew Z Crotty
PO Box 1494
920 W.Riverside, Suite 300                             905 West Riverside, Suite 404
Spokane, WA 99201
                                                       Spokane, WA 99201
☐ Retained ☐ CJA ☐ FPD ☐ Pro Se ☐ Other

**DEFENDANT INFORMATION - Criminal Cases**
Prisoner ID                                Address:
Custody ☐ yes ☐ no
Bail

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid                             9th Circuit Docket Number

Name & Phone Number of Person Completing this Form    Courtney Piazza, Appeal Clerk
                                                      509-458-3400

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Continuation

Additional Counsel for Appellate:
Joseph P Derrig
U S Attorney's Office - SPO
920 W Riverside Suite 300
P O Box 1494
Spokane, WA 99210-1494
509-353-2767
Email: Joseph.Derrig@usdoj.gov

Vanessa Ruth Waldref
US Department of Justice - ENRD
PO Box 7611
Washington, DC 20044
202-514-2741
Email: USAWAE.VWaldrefECF@usdoj.gov

John T Drake
U S Attorney's Office - SPO
920 W Riverside Suite 300
P O Box 1494
Spokane, WA 99210-1494
509-353-2767
Email: john.drake2@usdoj.gov

Additional counsel for Appellee:
Michael Bradley Love
Michael Love Law Firm PLLC
905 W Riverside Avenue
Suite 404
Spokane, WA 99201
509-212-1668
Email: mike@michaellovelaw.com