UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| KELLY O'KELL, | ) | NO.  2:18-CV-00279-SAB |
| Plaintiff, | ) | |
| | ) | NOTICE OF LAW FIRM NAME |
| vs. | ) | CHANGE |
| | ) | |
| DAVID BERNHARDT, in his official capacity as Secretary of the U.S. Department of the Interior, | ) | |
| Defendant. | ) | |

Matthew Crotty informs the Court that his law firm's name has changed from Crotty & Son Law Firm, PLLC to Riverside Law Group, PLLC. The physical address and phone number remain the same. The undersigned requests that all email notices be sent to mzc@riverside-law.com.

//

//

//

NOTICE OF FIRM NAME CHANGE: 1

DATED this October 16, 2022.

/s Matthew Z. Crotty
MATTHEW Z. CROTTY
Riverside Law Group, PLLC
905 West Riverside, Suite 404
Spokane, WA 99201
Telephone: (509) 850-7011
mzc@riverside-law.com

NOTICE OF FIRM NAME CHANGE: 2

## **CERTIFICATE OF SERVICE**

I certify that on October 16, 2022, I caused the forgoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

*//Matthew Z. Crotty*
MATTHEW Z. CROTTY
Riverside Law Group, PLLC
905 W. Riverside Ave, Suite 404
Spokane, WA 99201
Telephone:  (509) 850-7011
Email:  mzc@riverside-law.com

NOTICE OF FIRM NAME CHANGE: 3