1  Vanessa R. Waldref
2  United States Attorney
   Eastern District of Washington
3  John T. Drake
4  Joseph P. Derrig
   Molly M.S. Smith
5  Assistant United States Attorneys
6  Post Office Box 1494
7  Spokane, WA 99210-1494
   Telephone: (509) 353-2767
8

9              UNITED STATES DISTRICT COURT
10         FOR THE EASTERN DISTRICT OF WASHINGTON

11 | KELLY O'KELL,                              | Case No.: 2:18-cv-00279-SAB
12 |                    Plaintiff,              |
13 |        vs.                                 |
14 |                                            | NOTICE OF PARTIAL
15 | DEB HAALAND, in her official               | SATISFACTION OF JUDGMENT
   | capacity as Secretary of the United        |
16 | States Department of the Interior,         |
17 |                    Defendant.              |
18

19     Defendant Deb Haaland, Secretary of the United States Department of the
20
21 Interior ("Defendant"), by and through Vanessa R. Waldref, United States Attorney
22
23 for the Eastern District of Washington, and John T. Drake, Joseph P. Derrig, and
24 Molly M.S. Smith, Assistant United States Attorneys, hereby gives notice that
25
26 Defendant has complied with the portion of the April 12, 2022 Judgment (ECF No.
27 137) that requires "[r]emoval of the reasons for termination in Plaintiff's SF-50; and
28 [r]emoval of the letters of discipline in Plaintiff's file, including the (1) July 21, 2016

NOTICE OF PARTIAL SATISFACTION OF JUDGMENT – 1

Case 2:18-cv-00279-SAB    ECF No. 178    filed 01/13/23    PageID.5900    Page 2 of 3

Letter of Reprimand; (2) the November 8, 2017 3-day suspension; and (3) the July 18, 2018 termination letter." Removal of the subject information was completed on January 9, 2023.

Defendant reserves all rights under the Notice of Appeal filed on September 2, 2022 (ECF No. 172), as to all other aspects of the Judgment and Amended Judgment.

RESPECTFULLY SUBMITTED:   January 13, 2023.

VANESSA R. WALDREF
United States Attorney

*s/ John T. Drake*
John T. Drake
Joseph P. Derrig
Molly M.S. Smith
Assistant United States Attorneys
*Attorneys for Defendant*

NOTICE OF PARTIAL SATISFACTION OF JUDGMENT – 2

# CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Matthew Z. Crotty – mzc@riverside-law.com

Michael B. Love – mbl@riverside-law.com

                                     *s/John T. Drake*
                                     John T. Drake

NOTICE OF PARTIAL SATISFACTION OF JUDGMENT – 3